**Phillip A. BONADONNA, Plaintiff–Appellant,**

v.

**Jose SERRANO, Jeanne Feliciano, Leopoldo Perez, Juan Monserrate, Juan Castillo, et al., Defendants–Appellees.**

No. 05–14445.

United States Court of Appeals, Eleventh Circuit.

March 19, 2007.

Thomas John Butler, Thomas Butler, P.A., Miami Beach, FL, for Plaintiff–Appellant.

Debra Potter Klauber, Haliczer Pettis & Schwamm, Ft. Lauderdale, FL, for Defendants–Appellees.

Before BARKETT, KRAVITCH and STAHL,* Circuit Judges.

PER CURIAM:

Phillip A. Bonadonna appeals the summary judgment in favor of Columbia–

* Honorable Norman Stahl, Circuit Judge, United States Court of Appeals for the First Circuit, sitting by designation.

Deering Hospital ("Columbia–Deering").[1] Bonadonna alleges that Columbia–Deering is liable to him, as a third party beneficiary to a contract entered into between the United States Bureau of Prisons and Columbia–Deering, because the treatment he received from Dr. Kim, a doctor allegedly affiliated with Columbia–Deering, fell below the appropriate standard of care.

Having previously dismissed allegations against Dr. Kim on the basis that he was not a party to the contract at issue, the district court also granted Columbia–Deering's motion for summary judgment on the basis that the court lacked federal jurisdiction over the complaint, and, alternatively, because Columbia–Deering, having no relationship with Dr. Kim, could not be held liable for his conduct. Moreover, even if there was a relationship, Bonadonna provided no evidence that Dr. Kim's services were substandard.

Having reviewed the record, we cannot conclude that the district court erred in finding that Columbia–Deering did not have a relationship with Dr. Kim that would subject Columbia–Deering to liability for Dr. Kim's treatment of Bonadonna.

**AFFIRMED.**

1. This appeal is the second time this matter has reached our Court. *See Bonadonna v. Serrano*, No. 02–16389, 2003 WL 22075697 (11th Cir. August 19, 2003).